UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JINI LINN CLOCKSIN CASS | * | CIVIL ACTION |
| | * | |
| | * | NO. 07-4125 |
| VERSUS | * | |
| | * | SECTION "L" |
| ALLSTATE INSURANCE COMPANY AND | * | |
| METROPOLITAN LIFE INSURANCE | * | JUDGE FALLON |
| COMPANY | * | |
| | * | MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \*

**PARTIAL CONSENT JUDGMENT**

This action was commenced by Jini Linn Clocksin Cass as a Petition for Declaratory Judgment ("Complaint") against Metropolitan Life Insurance Company ("MetLife") and Allstate Insurance Company ("Allstate"). Allstate and MetLife answered the Complaint and MetLife filed a Counterclaim for Interpleader under 28 U.S.C. § 1335, naming as defendants, Jini Lin Clocksin Cass and Norman N. Kautz, adverse claimants to death benefits due under Retiree Life Insurance coverage, which is part of the Allstate Cafeteria Plan, an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, *et seq.* ("ERISA"). MetLife issued a group life insurance policy to Allstate to fund Retiree Life Insurance coverage under the

1

Allstate Cafeteria Plan and MetLife is the Claim Administrator for the Retiree Life Insurance coverage. Virginia Clocksin was a participant in the Allstate Cafeteria Plan.

On October 3, 2007, MetLife deposited into the registry of the Court the sum of $50,000.00, which represents death benefits due under Retiree Life Insurance coverage (which is part of the Allstate Cafeteria Plan), arising from the death of Virginia Clocksin.

Norman N. Kautz and Jini Linn Clocksin Cass answered the Complaint for Interpleader, asserting their respective rights to the funds on deposit.

The consent of Plaintiff, Jini Linn Clocksin Cass, Defendants, Allstate Insurance Company and Metropolitan Life Insurance Company and defendant in interpleader, Norman N. Kautz, appearing herein through undersigned counsel being indicated, the Court directs entry of judgment as follows:

IT IS ORDERED, ADJUDGED AND DECREED that MetLife and Allstate be, and they are hereby, discharged from any further liability under Retiree Life Insurance coverage under the Allstate Cafeteria Plan as a result of the death of Virginia Clocksin, each party to bear their own costs;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Counterclaims for attorneys' fees of Allstate and MetLife against Jini Linn Clocksin Cass and Norman N. Kautz be, and they are hereby dismissed, with prejudice, each party to bear their own costs;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Injunction issued by this Court on September 14, 2007, enjoining and restraining the defendants-in-interpleader, Jini Lin Clocksin Cass and Norman N. Kautz, from instituting or prosecuting any suit or proceedings against Metropolitan Life Insurance Company, Allstate Insurance Company or the Allstate Cafeteria Plan in any state or federal court relating to the Metropolitan Life Insurance Company Policy under which Virginia

Clocksin was insured as a participant in the Allstate Cafeteria Plan on the date of her death, be made permanent;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Metropolitan Life Insurance Company and Allstate Insurance Company be, and they are hereby, dismissed from this proceeding, with prejudice, each party to bear their own costs.

New Orleans, Louisiana, this 16th day of _____June_____, 2008.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

WE CONSENT TO THE ENTRY OF THE FOREGOING JUDGMENT:

PREAUS, RODDY & ASSOCIATES, LLC

*Mayra L. Scheuermann*
VIRGINIA N. RODDY, T.A. (11367)
JENNIFER M. LAWRENCE (23829)
MAYRA L. SCHEUERMANN (23190)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504)523-2111

*ATTORNEYS FOR METROPOLITAN LIFE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY*

WILLIAM M. MAGEE (08859)
MAGEE & DEVEREAUX
207 East Gibson Street
P.O. Box 1550
Covington, LA 70434
Telephone: (985) 893-7550

*ATTORNEYS FOR JINI LINN CLOCKSIN CASS*

RALPH E. SMITH (12213)
4640 Rye Street - Suite 200
Metairie, LA 70006-5336
Telephone: (504) 523-4737

*ATTORNEY FOR NORMAN N. KAUTZ*

4

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11TH day of June 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*Mayra L. Scheuermann*
MAYRA L. SCHEUERMANN (23190)
PREAUS, RODDY AND ASSOCIATES, LLC
650 Poydras St., Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111
Fax: (504) 523-2223
Mscheuermann@preausroddylaw.com